# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1149
Lower Tribunal No. 16-363 A-K

_____

**Antoine Freeman,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark Wilson, Judge.

Carlos J. Martinez, Public Defender, and Maria E. Lauredo, Chief Assistant Public Defender and Deborah Prager, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Schmidt v. State, 310 So. 3d 135, 137 (Fla. 1st DCA 2020) ("The statute [section 948.06(2)(f)1.c.] thus limits the probationers eligible for sentencing under the statute to probationers with only one technical violation.  And so, we conclude that the plain language of the statute conveys a clear and definite meaning to exclude from its applications probationers who have more than one low-risk technical violation.").